In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by THOMAS A. DOYLE, Claimant. KALAMAZOO STOVE & FURNACE CO., INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal by the Kalamazoo Stove & Furnace Company, Inc., from a decision of the Unemployment Insurance Appeals Board affirming a decision of an Unemployment Insurance Referee holding that claimant was an employee of the appellant within the meaning of the Unemployment Insurance Law. The appellant is a corporation engaged in the business of manufacturing and selling stoves and furnaces, the sales being made through factory branch offices maintained throughout several States. The terms and conditions under which the manager operated a branch office or store was a printed form of supervisor's commission contract. It is conceded that the branch manager is its employee within the law. In addition to the sale of appellant's products, the branch manager used appellant's office facilities and personnel for the purpose of soliciting and carrying out contracts for cleaning and repairing furnaces. Through this medium prospects were obtained for the purchase of appellant's products. The claimant was employed as a canvasser at the Utica office. He was furnished with a business card as follows:

Kalamazoo Stove & Furnace Company
351 Columbia St., Utica, N. Y.
"A KALAMAZOO
Direct to YOU"
Trade-Mark Registered
Ranges — Furnaces — Heaters
T. A. Doyle        Phone 2-8513

At least in two instances he was paid by the company's check direct from the head office and the orders he obtained went directly to the head office with his name on them. The evidence sustains the decision of the Appeal Board, which should be affirmed. Decision of the Appeal Board unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of NEW YORK JOINT STOCK LAND BANK OF ROCHESTER, N. Y., Appellant. FRIEDA S. MILLER, Industrial Commissioner, Respondent.— New York Joint Stock Land Bank of Rochester, New York, has appealed from a decision of the Unemployment Insurance Appeal Board, which affirmed a decision of an Unemployment Insurance Referee holding it subject to the Unemployment Insurance Law and liable for the payment of contributions based upon the wages of its employees. The appellant's theory is that it is a Federal instrumentality and consequently entitled to immunity from State taxation. Appellant was organized under the authority of the Federal Farm Loan Act for the purpose of carrying on the business of lending on farm mortgage security and issuing farm loan bonds. All of its stock is owned by private individuals and any profits which it makes are for the benefit of its stockholders. Decision unanimously affirmed, with costs to the State Industrial Commissioner. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.